COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Steve Lee Dorsey v. The State of Texas

Appellate case number:   01-13-01022-CR

Trial court case number: 1249910

Trial court:             209th District Court of Harris County

       This case was abated and remanded to the trial court for the trial court to determine if appellant wishes to prosecute this appeal, to determine whether appellant is presently indigent, and to appoint counsel to represent appellant if appellant is found to be indigent. The district clerk has filed a supplemental clerk's record containing the trial court's order declaring appellant indigent and appointing Charles Hinton to represent appellant. The trial court also ordered the court reporter to prepare and file the reporter's record without cost to appellant. Although a reporter's record of the trial court's hearing has not yet been filed, because we have the supplemental clerk's record containing the trial court's order, we REINSTATE this case on the Court's active docket.

       It is ORDERED that the court reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, a complete reporter's record. *See* TEX. R. APP. P. 34.6(a). 35.2, 35.3(c).

       Appellant's brief is ORDERED to be filed with this Court within 30 days after the date the reporter's record is filed.[1] *See* TEX. R. APP. P. 38.6(a).

       Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

       It is so ORDERED.

Judge's signature: /s/ Justice Laura C. Higley
              ☒ Acting individually    ☐ Acting for the Court

Date: March 13, 2014

---

[1]    The clerk's record was filed on December 31, 2013. *See* TEX. R. APP. P. 35.2.